936 P.2d 192

# SUPREME COURT OF HAWAIʻI

**Order No. 99–19**
**March 11, 1997**

| | | |
|---|---|---|
| 18788 | Hawaii Laborers' Trust Funds v. WCC Associates | Vacated |

**Order No. 97–24**
**March 11, 1997**

| | | |
|---|---|---|
| 19300 | State v. Alagao | Affirmed |
| 19581 | State v. Mason | Affirmed |
| 19681 | State v. Perez | Affirmed |
| 19688 | State v. Broniola | Affirmed |
| 19886 | State v. Balgas | Affirmed |

**Order No. 97–25**
**March 25, 1997**

| | | |
|---|---|---|
| 16643 | Castro v. Fireman's Fund Ins. Co. | Affirmed |
| 16874 | Mason v. Pua | Affirmed |
| 16877 | Magoon Bros. v. Innoma America | Affirmed |
| 17721 | Petramala v. Hawaii Government Employees Ass'n | Affirmed |
| 18832 | State v. Quenga | Affirmed |
| 18839 | James v. State | Affirmed |
| 18936 | State v. Thames | Affirmed |
| 19411 | State v. Dollente | Affirmed |
| 19529 | State v. Kaihewalu | Affirmed |
| 19703 | John Doe (b. 11/30/92), In Interest of | Affirmed |
| 19726 | State v. Quitog | Affirmed |
| 19749 | Doe (b. 7/1/93), In re | Affirmed |

**Order No. 97–26**
**March 25, 1997**

| | | |
|---|---|---|
| 19094 | State v. Akana | Affirmed |